UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60115-CIV-LENARD/WHITE

**CEDRIC CLARKE**,

    Petitioner,
vs.

**WALTER A. MCNEIL,**

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 14), GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL (D.E. 13), AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 14), issued on April 24, 2009. Petitioner did not file any objections to the Report. The Report recommends that Petitioner's pleading entitled "Petitioner's Motion Concurring Premature Petition for Writ of Habeas Corpus" (D.E. 13) be construed as a motion for voluntary dismissal without prejudice and that this petition be dismissed without prejudice, except as to any application of the federal statute of limitations or other federal procedural bar which may apply. After an independent review of the Report, and the record, it is hereby:

    **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 14) is **ADOPTED**.

    2.    Petitioner's Motion for Voluntary Dismissal (D.E. 13) is **GRANTED.**

    3.    Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT**

**PREJUDICE**, except as to any application of the federal statute of limitations or other federal procedural bar which may apply.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of May, 2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**